IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC OSHEN BALLARD, #179 607, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN DAVID WISE, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.  2:10cv427-WHA<br><br>(WO) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, Cedric Oshen Ballard, and this case is DISMISSED with prejudice.

DONE this 6th day of March, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE